**Anthony GUEST, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43457.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from dismissal of Rule 29.15 motion for postconviction relief.

Affirmed.   Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Benjamin G. BENNETT, Appellant.**

**WD 43019.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from conviction of possession of cocaine, § 195.020, RSMo 1986 (repealed August 28, 1989), and from sentence of six years' imprisonment.

Judgment affirmed.   Rule 30.25(b).